[No. 888.]

## STATE OF NEVADA, RESPONDENT, v. CONSOLIDATED VIRGINIA MINING COMPANY ET AL., APPELLANTS.

(Judgment reversed upon the authority of *The State* v. *California M. Co.*, No. 887, *ante*, 289.)

By the Court, BEATTY, J.:

This case is precisely like the preceding case (*State* v. *California Mining Company*, No. 887), and was submitted upon the same argument.

On the authority of that case the judgment herein is reversed and the cause remanded with directions to the district court to enter an order sustaining the demurrer of the defendants, with leave to the plaintiff to amend its complaint.